UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES,

        Plaintiff,

v.

LARRY BUTTROM,

        Defendant.        /

Case No. 16-cr-20645
District Judge Paul D. Borman

**ORDER DISMISSING DEFENDANT'S MOTION FOR SENTENCE
REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)**

On January 15, 2021, Defendant Larry Buttrom filed a Motion for Sentence

Reduction Under 18 U.S.C. § 3582(c)(1)(A). (ECF No. 44.)

On July 16, 2020, the Court issued an Opinion an Order denying Defendant's

Motion for Resentencing and Early Release Pursuant to 18 U.S.C. § 3582(c)(1)(A).

(ECF No. 31.)

On August 2, 2020 Defendant field an "Emergency Motion for Resentencing

and Request for Early Release." (ECF No. 32.) On October 13, 2020, the Court

issued an Order Denying Defendant's Motion for Compassionate Release. (ECF

No. 39.)

On December 7, 2020, Defendant filed a Request for Reconsideration of the

Court's order of October 2020. (ECF No. 40.) On January 12, 2021, the Court

1

issued an Order Denying Defendant's Request for Reconsideration of His Second

Motion for Compassionate Release. (ECF No. 42.)

On January 15, 2021, Defendant filed the instant Motion for Sentencing

Reduction Under 18 U.S.C. § 3582(c)(1)(A). (ECF No. 44.) This Motion alleges

that the new "unknown strain of coronavirus" in the United States supports this

request for compassionate release.

Because Defendant presents a new ground for release and Defendant has

failed to fully exhaust his administrative rights/remedies on that issue within the

Bureau of Prisons as required by 18 U.S.C. § 3582(c)(1)(A), the Court dismisses

this Motion.

SO ORDERED.

DATED:  February 3, 2021          s/Paul D. Borman
                                  PAUL D. BORMAN
                                  UNITED STATES DISTRICT JUDGE